OAKLEY *v.* WARDEN OF THE MARYLAND
PENITENTIARY

[App. No. 10, September Term, 1966.]

*Decided December 16, 1966.*

Before HAMMOND, C. J., and HORNEY, MARBURY, BARNES
and McWILLIAMS, JJ.

PER CURIAM.

For the reasons set forth in the opinion of Judge Jones in
the lower court, the application for leave to appeal is denied.

*Application denied.*